

Memorandum

To: The Honorable George A. O'Toole, U.S. District Judge

From: James Pace, U.S. Probation Officer

Date: July 13, 2018

Re: **Robens Pierre (Dkt. No. 14– CR – 10123)**
**Request for International Travel**

---

On December 17, 2015 Mr. Robens Pierre appeared before Your Honor having previously pled guilty to Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. C 21 U.S.C. § 841 (a)(a) and 21 U.S.C. § 841 (b)(1)(C), and Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2) and Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841(b)(1)(C). On that date, he was sentenced to 46 months of imprisonment to be followed by 3 years of supervised release. He commenced his supervised release on June 9, 2017.

The purpose of this memorandum is to advise the Court that Mr. Pierre has requested permission to travel to the Mexico from August 7, 2018 to August 12, 2018. The purpose of his travel will be for vacation with his girlfriend Stacey Vaughn. On July 13, 2018, Mr. Pierre contacted the Consulate on Mexico seeking permission to travel to Mexico and was advised that the Mexican consulate did not have an issue with him traveling to their country, as long as he received permission from his U.S. Probation Officer. Given Mr. Pierre overall compliance with his conditions of supervision, the U.S. Probation has no objection to this request.

If Your Honor concurs, please affix your signature below.

Reviewed & Approved by:

/s/ Brett Wingard
Brett Wingard
Supervising U.S. Probation Officer

---

_X_ I concur

____ I do not concur

_/s/ George A. O'Toole_
The Honorable George A. O'Toole
U.S. District Judge

Date: _7/23/18_

1